UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, | ) |
| United States Department of Labor, | ) Civil Action |
| | ) |
| Plaintiff, | ) No.  1:03-CV-2581-CC |
| v. | ) |
| | ) |
| LOCAL 527-S, GRAPHIC | ) |
| COMMUNICATIONS UNION OF THE | ) |
| GRAPHIC COMMUNICATIONS | ) |
| INTERNATIONAL UNION, | ) |
| AFL-CIO-CLC, | ) |
| | ) |
| Defendant. | ) |

_____)

CERTIFICATE OF ELECTION

Plaintiff, pursuant to the Court's Order dated February 2, 2005, conducted a

supervised election and required run off elections, for all officers and board members

of Defendant.  The initial election and run off elections were conducted in accordance

with the constitution and by-laws of Defendant.  No protests were filed and the

election results, attached hereto as Exhibit A, are final.

Respectfully submitted,

HOWARD M. RADZELY                 PETER D. KEISLER
Solicitor of Labor                Assistant Attorney General

KATHERINE E. BISSELL              DAVID E. NAHMIAS
Associate Solicitor               United States Attorney
 For Labor Management Laws

/s/Mina Rhee
MINA RHEE
Assistant United States Attorney
Georgia Bar No. 602047
U.S. Attorney's Office
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6302
Fax: (404) 581-6234

Attorneys for Plaintiff

## <ins>CERTIFICATE OF SERVICE</ins>

I certify that I have this day served by electronic means the enclosed Final

Judgment on Defendant:

NORMAN J. SLAWSKY, ESQ.
Jacobs, Slawsky & Barnett
Suite 1950 Equitable Building
100 Peachtree St., N.W.
Atlanta, GA  30303
Email:  nslawsky@lawofficesatlanta.com

This 15th day of September, 2005.

/s/Mina Rhee
MINA RHEE
Assistant United States Attorney