# GRAPHIC COMMUNICATIONS, LOCAL UNION 527-S
## OLMS Case Number 410-14433(71)

## Election Results

| Office | Incumbent | Challenger |
|---|---|---|
| President | **Ralph Meers** | None |
| Vice President | **James Parker** | Robert Stephens |
| Secretary/Treasurer | **James Parker** | None |
| Business Agent | **James Parker** | J. Fotha Griffin |
| Organizer | **James Parker** | J. Fotha Griffin |
| Recording Secretary | **Sarah Vargas** | None |
| Sergeant-At-Arms | **Howard Alexander** | Betty Robinson |
| | | Marie Maxwell |
| Executive Board | XXXXXXXXXXXXXX | XXXXXXXXXXXXXX |
| Cedar Stream | **Jason Landsdale** | None |
| Georgia Pacific | **Andrew Turner** | None |
| Greif Fiber Drum | **Allen Watkins** | None |
| Johnson Printing | **Margie Agan** | None |
| Mead-WestVaco | 1/ | None |
| National Envelope | Mary Thornton | **Tim Newborn  2/ 3/** |
| | | Marie Maxwell  2/ |
| Packaging Corp | **Jeff Vick** | None |
| Quebecor World USA | **Roy Taylor** | None |
| REACH (AJC) | **Annie Driver** | None |
| Russell Stanley | **Margaret Cruver** | None |
| Simkins Industries | **Glenn Chester** | None |
| Smurfit-Stone | **Carlos Merlos** | None |
| Stevens Graphics | Lutha Abrams | **J. Fotha Griffin 3/** |
| Superior Printing | **Jesse Smith** | None |
| Greif Fiber Drum (CH) | 1/ | None |
| Smurfit Stone (LX) | 1/ | None |
| Tredegar Film | 1/ | None |

**Notes:**

1/  The incumbent did not seek re-election and no one else was nominated for this position, leaving it without a candidate.

2/  Challenger Tim Newborn won the majority of votes cast in the first balloting. The first run-off between Newborn and Marie Maxwell resulted in a tie vote, as did the second run-off, which was decided by a coin toss.

3/  These were the only changes in offices.

***The names of winning candidates are in bold type.***